IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW MEXICO

SCOTT VOORHEES as Guardian Ad Litem
for Chris Wallace,

    Plaintiff,

v.                              Cause No. 1:13-cv-00940-KG-KBM

FRONTERA PRODUCE LTD., a foreign
corporation;  PRIMUS GROUP, INC.,
a foreign corporation, d/b/a "Primus Labs";
WALMART STORES, INC., a foreign
corporation; and JOHN DOES 1-10,

    Defendants.

**STIPULATED ORDER GRANTING STIPULATED MOTION FOR LEAVE
TO EXCEED PAGE LIMIT**

This matter came before the Court on Plaintiff, Scott Voorhees, as Guardian Ad Litem for Chris Wallace's Motion for Leave to Exceed Page Limit.  Plaintiff, Scott Voorhees as Guardian Ad Litem for Chris Wallace seeks leave to file a Response to Defendant, Primus Group, Inc.'s Motion and Brief in Support of Motion to Dismiss Plaintiff's First Amended Complaint, and which exceeds the 24-page limit set forth in LR7.5.  Having been fully advised of the issues, the Court grants Plaintiff's Motion for Leave.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

YOUTZ & VALDEZ, P.C.

*/s/ Gabrielle M. Valdez*
Gabrielle M. Valdez
900 Gold Ave., SW
Albuquerque, NM 87102
(505) 244-1200
(505) 244-9700 - Fax

MARLER CLARK, LLP, PS

*/s/ Bruce T. Clark*
Bruce T. Clark - Admitted Pro Hac Vice
1301 Second Ave, Suite 2800
Seattle, Washington 98101-3808
(206) 346-1891
(206) 346-1898 - Fax
Washington State Bar No. 14299
*Attorneys for Plaintiffs*

APPROVED BY:

*Approved via email December 19, 2013*
Michael J. Dekleva, Esq.
M. Eliza Stewart, Esq.
Madison & Mroz, P.A.
201 Third Street, NW,Ste. 1600
Albuquerque, New Mexico  87102
(505) 242-2177
(505) 242-7184  - Fax
mjd@madisonlaw.com
mes@madisonlaw.com
mailto:kss@madisonlaw.com

Jeffrey S. Whittington, Esq.
Kaufman Borgeest & Ryan, LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302
(818) 961-8006
jwhittington@kbrlaw.com

Steven D. Weiner, Esq.
Kaufman Borgeest & Ryan LLP
200 Summit Lake Drive
Valhalla, NY 10595
(914) 449-1045
sweiner@kbrlaw.com
*Attorneys for Primus Group, Inc.*