IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SCOTT VOORHEES, as Guardian ad Litem for
Chris Wallace,

            Plaintiff,

    v.                            Cause No. 1:13-cv-00940-KG-SCY

FRONTERA PRODUCE LTD., a foreign
corporation; PRIMUS GROUP, INC., a
foreign corporation, d/b/a Primus Labs;
WALMART STORES, INC., a foreign
corporation; and JOHN DOES 1-10,

            Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## AND DISMISSING CASE

THIS MATTER comes before the Court on the Parties' Joint Motion for Court Approval of Full and Confidential Settlement and Release of All Remaining Plaintiff's Claims. *Doc. No. 63*. On February 19, 2015, after reviewing the report of the guardian ad litem (*doc. 68*), Magistrate Judge Steven C. Yarbrough entered a Proposed Findings and Recommended Disposition ("PFRD") advising that the Court approve the proposed settlement of Plaintiff's claims against Defendants Frontera Produce LTD and Primus Group, Inc. *Doc. 70*. Neither Plaintiff nor Defendants have filed objections to the PFRD. Furthermore, upon a review of the record, I concur with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1. The Court adopts the Magistrate Judge's PFRD (*doc. 70*);

2. The Joint Motion for Court Approval of Full and Confidential Settlement and Release of All Remaining Plaintiff's Claims (*doc. 63*) is GRANTED; and

3. Plaintiff's claims against Defendants Frontera Produce LTD and Primus Group, Inc. are dismissed with prejudice.

_____
**UNITED STATES DISTRICT JUDGE**